```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-04919-RNO
Kenneth M McGoy                                                 Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: REshelman        Page 1 of 1         Date Rcvd: Dec 20, 2017
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
db             +Kenneth M McGoy,    PO Box 592,    Mount Pocono, PA 18344-0592

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kim M Diddio    on behalf of Debtor 1 Kenneth M McGoy kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| KENNETH M. MCGOY : | Bk. No. 5:17-BK-04919 |
| Debtor. : | |
| : | |

ORDER EXTENDING TIME TO FILE SCHEDULES,
STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN

Upon consideration of the Motion of the Debtor for an Order Extending the Time within which the Debtor must file his schedules, Chapter 13 Plan and all related documents as required by Bankruptcy Rule 1007(c), and the Court being satisfied that cause exists for the granting of said Motion and the entry of this Order, it is hereby

ORDERED that the above named Debtor is granted thirty (30) days from the date of this Order to file Schedules, Statement of Financial Affairs and Chapter 13 Plan and all related documents.

Dated: December 20, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Case 5:17-bk-04919-RNO   Doc 16   Filed 12/22/17   Entered 12/23/17 00:46:25   Desc
Imaged Certificate of Notice    Page 2 of 2