```
                             United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                            Case No. 17-04919-RNO
Kenneth M McGoy                                                   Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-5         User: REshelman            Page 1 of 1          Date Rcvd: Dec 28, 2017
                             Form ID: ntnew341          Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2017.
```
db             +Kenneth M McGoy,    PO Box 592,   Mount Pocono, PA 18344-0592
4997168        +KML Law Group, PC,    BNY Independence Center Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
4997171         Monroe County Courthouse,    Attn: Prothonotary,    7th & Monroe Streets,   Stroudsburg, PA 18360
4997172         Monroe County Sheriff's Office,    7th & Monroe Streets,   Stroudsburg, PA 18360
4997174        +Pocono Farms East Assoc.,    3170 Hamlet Drive,    Tobyhanna, PA 18466-8234
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4997170         E-mail/Text: camanagement@mtb.com Dec 28 2017 18:54:41       M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
4997169         E-mail/Text: camanagement@mtb.com Dec 28 2017 18:54:41       M & T Bank,   PO Box 844,
                 Buffalo, NY 14240
4997173        +E-mail/Text: Bankruptcies@nragroup.com Dec 28 2017 18:54:59       National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
4997175         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2017 18:56:45
                 Portfolio Recovery,    PO Box 41067,   Norfolk, VA 23541
4997176         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2017 19:08:20
                 Portfolio Recovery,    120 Corporate Blvd Ste 100,   Norfolk, VA 23502
4997177        +E-mail/Text: bankruptcydepartment@tsico.com Dec 28 2017 18:54:54       Transworld Systems,
                 PO Box 15520,    Wilmington, DE 19850-5520
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Kim M Diddio    on behalf of Debtor 1 Kenneth M McGoy kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Kenneth M McGoy  
aka Kenneth McGoy, aka Kenneth Milton McGoy  
Debtor(s)

Chapter 13

Case No. 5:17−bk−04919−RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: February 5, 2018 |
| --- | --- |
| | Time: 10:00 AM |

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
274 Max Rosenn U.S. Courthouse  
197 South Main Street  
Wilkes−Barre, PA 18701  
(570) 831−2500

**For the Court:**  
Terrence S. Miller  
Clerk of the Bankruptcy Court:  
By: REshelman, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: December 28, 2017