CO.   FILE   DEPT   CLOCK   VCHR NO.   052
PX2   801017 P27122 95100   0000455185  1

# Earnings Statement

**ADP**

Period Beginning: 10/15/2017
Period Ending: 10/28/2017
Pay Date: 11/09/2017

AARP FOUNDATION
GRANTS PAYROLL ACCOUNT
601 E STREET, N.W.  A8-230
WASHINGTON, D.C. 20049

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

KENNETH MCGOY
P.O. BOX 592
MT. POCONO PA 18344

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.2500 | 40.00 | 290.00 | 464.00 |
| Gross Pay | | | $290.00 | 464.00 |

**Deductions**   Statutory

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -4.58 | 4.58 |
| Social Security Tax | -17.98 | 28.77 |
| Medicare Tax | -4.21 | 6.73 |
| PA State Income Tax | -8.90 | 14.24 |
| Net Pay | $254.33 | |
| Checking | -254.33 | 254.33 |
| Net Check | $0.00 | |

Your federal taxable wages this period are $290.00

---

AARP FOUNDATION
GRANTS PAYROLL ACCOUNT
601 E STREET, N.W.  A8-230
WASHINGTON, D.C. 20049

Advice number: 00000455185
Pay date: 11/09/2017

Deposited to the account of
KENNETH MCGOY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3688 | xxxx xxxx | $254.33 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
©1998, 2006. ADP, LLC All Rights Reserved.
©2000 ADP, LLC
TEAR HERE

CO    FILE    DEPT    CLOCK    VCHR NO.  052
PX2   601017  P27122  95100    0000465117  1

# Earnings Statement

**ADP**

AARP FOUNDATION
GRANTS PAYROLL ACCOUNT
601 E STREET, N.W.  A8-230
WASHINGTON, D.C. 20049

Period Beginning: 10/29/2017
Period Ending:    11/11/2017
Pay Date:         11/22/2017

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  1
  PA:       N/A

KENNETH MCGOY
P.O. BOX 592
MT. POCONO PA 18344

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.2500 | 40.00 | 290.00 | 754.00 |
| **Gross Pay** | | | **$290.00** | 754.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -4.58 | 9.16 |
| | Social Security Tax | -17.98 | 46.75 |
| | Medicare Tax | -4.20 | 10.93 |
| | PA State Income Tax | -8.90 | 23.14 |
| | **Net Pay** | **$254.34** | |
| | Checking | -254.34 | 508.67 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $290.00

---

AARP FOUNDATION
GRANTS PAYROLL ACCOUNT
601 E STREET, N.W.  A8-230
WASHINGTON, D.C. 20049

Advice number:  00000465117
Pay date:       11/22/2017

Deposited to the account of
KENNETH MCGOY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3688 | xxxx xxxx | $254.34 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**