```
                                 United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                         Case No. 17-04919-RNO
Kenneth M McGoy                                                                Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-5         User: REshelman            Page 1 of 1                  Date Rcvd: Jan 26, 2018
                             Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
db             +Kenneth M McGoy,    PO Box 592,    Mount Pocono, PA 18344-0592

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Kim M Diddio    on behalf of Debtor 1 Kenneth M McGoy kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
KENNETH M. MCGOY : Bk. No. 5:17-BK-04919
    Debtor. :
     :

## ORDER EXTENDING TIME TO FILE SCHEDULES STATEMENTS AND RELATED DOCUMENTS

Upon consideration of the Motion of the Debtor for an Order Extending the Time within which the Debtor must file his schedules and all related documents as required by Bankruptcy Rule 1007(c), and the Court being satisfied that cause exists for the granting of said Motion and the entry of this Order, it is hereby

ORDERED that the above named Debtor is granted until February 2, 2018 within which to file his schedules and all related documents.

Dated: January 26, 2018      By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)