```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 17-04919-RNO
Kenneth M McGoy                                                 Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
```

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Mar 22, 2018
                              Form ID: ntcnfhrg        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
```
db              +Kenneth M McGoy,    PO Box 592,    Mount Pocono, PA 18344-0592
4997168         +KML Law Group, PC,    BNY Independence Center Suite 5000,    701 Market Street,
                  Philadelphia, PA 19106-1538
4997171          Monroe County Courthouse,    Attn: Prothonotary,    7th & Monroe Streets,    Stroudsburg, PA 18360
4997172          Monroe County Sheriff's Office,    7th & Monroe Streets,    Stroudsburg, PA 18360
4997174         +Pocono Farms East Assoc.,    3170 Hamlet Drive,    Tobyhanna, PA 18466-8234
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4997170          E-mail/Text: camanagement@mtb.com Mar 22 2018 18:58:49      M & T Bank,    1 Fountain Plz,
                  Buffalo, NY 14203
4997169          E-mail/Text: camanagement@mtb.com Mar 22 2018 18:58:49      M & T Bank,    PO Box 844,
                  Buffalo, NY 14240
4997173         +E-mail/Text: Bankruptcies@nragroup.com Mar 22 2018 18:59:24      National Recovery Agency,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
4997175          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2018 19:02:47
                   Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541
5034850          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2018 19:02:31
                   Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541
4997176          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2018 19:02:47
                   Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
4997177         +E-mail/Text: bankruptcydepartment@tsico.com Mar 22 2018 18:59:20      Transworld Systems,
                  PO Box 15520,    Wilmington, DE 19850-5520
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Kim M Diddio    on behalf of Debtor 1 Kenneth M McGoy kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Kenneth M McGoy<br>aka Kenneth McGoy, aka Kenneth Milton McGoy<br>Debtor(s) | Chapter 13<br>Case No. 5:17–bk–04919–RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 25, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: May 2, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 22, 2018 |