```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                    Case No. 17-04919-RNO
Kenneth M McGoy                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: REshelman     Page 1 of 1     Date Rcvd: Mar 22, 2018
                    Form ID: pdf002     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
```
db             +Kenneth M McGoy,    PO Box 592,    Mount Pocono, PA 18344-0592
4997168        +KML Law Group, PC,    BNY Independence Center Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
4997171         Monroe County Courthouse,    Attn: Prothonotary,    7th & Monroe Streets,    Stroudsburg, PA 18360
4997172         Monroe County Sheriff's Office,    7th & Monroe Streets,    Stroudsburg, PA 18360
4997174        +Pocono Farms East Assoc.,    3170 Hamlet Drive,    Tobyhanna, PA 18466-8234
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4997170         E-mail/Text: camanagement@mtb.com Mar 22 2018 18:58:49      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
4997169         E-mail/Text: camanagement@mtb.com Mar 22 2018 18:58:49      M & T Bank,    PO Box 844,
                 Buffalo, NY 14240
4997173        +E-mail/Text: Bankruptcies@nragroup.com Mar 22 2018 18:59:24       National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
4997175         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2018 19:02:28
                 Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541
5034850         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2018 19:22:50
                 Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541
4997176         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2018 19:02:13
                 Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
4997177        +E-mail/Text: bankruptcydepartment@tsico.com Mar 22 2018 18:59:20        Transworld Systems,
                 PO Box 15520,    Wilmington, DE 19850-5520
                                                                                               TOTAL: 7

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Kim M Diddio    on behalf of Debtor 1 Kenneth M McGoy kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Kenneth M. McGoy

CHAPTER 13
CASE NO. 5:17-bk-04919

☑ ORIGINAL PLAN
___ AMENDED PLAN (Indicate 1ST, 2ND, 3RD, etc.)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| # | Description | Included | Not Included |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 10, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ | ☑ |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ | ☑ |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ | ☑ |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN**

    A. **Plan Payments From Future Income**

    1. To date, the Debtor paid $___ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $4,250.00, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | | Total Payment |
|---|---|---|---|---|---|
| 1 | 10 | $50.00 | 0.00 | 50.00 | $500 |
| 11 | 60 | $75.00 | | | $3,750 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $4,250.00 |

    2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

    3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

    4. CHECK ONE: ☑ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be*

*completed or reproduced.*

- B. **Additional Plan Funding From Liquidation of Assets/Other**

    1. The Debtor estimates that the liquidation value of this estate is $1,360.00 (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

    *Check one of the following two lines.*

    ☑ No assets will be liquidated. If this line is checked, the rest of § 1.B need not be completed or reproduced.

    ☐ Certain assets will be liquidated as follows:

    2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:
    _____

    3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:
    _____

2. **SECURED CLAIMS.**

    A. **Pre-Confirmation Distributions.** *Check one.*

    ☑ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

    B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*
    ☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

    ☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| M & T Bank | 1133 Leslie Way f/k/a 217 Pont Road Mount Pocono, PA 18344 Monroe County | 5056 |

   C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence).** *Check one.*
   ☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*
   Arrears to be cured through a mortgage modification to be completed by July 30, 2018.

   D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
   ☑ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

   E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*
   ☑ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

   F. **Surrender of Collateral.** *Check one.*
   ☑ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

   G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*
   ☑ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS.**

    A. **Administrative Claims**

2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 5:17-bk-04919-RNO    Doc 28    Filed 02/02/18    Entered 02/02/18 15:06:33    Desc
Main Document    Page 2 of 4
Case 5:17-bk-04919-RNO    Doc 33    Filed 03/24/18    Entered 03/25/18 00:42:51    Desc
Imaged Certificate of Notice    Page 3 of 5

1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. <u>Attorney's fees.</u> Complete only one of the following options:
   - ☑ In addition to the retainer of $ _1,700.00_ already paid by the Debtor, the amount of $ _2,300.00_ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c).
   - ☐ $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
   *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

B. **Priority Claims (including, but not limited to, Domestic Support Obligations other than those treated in § 3.C below).** *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

C. *Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).* *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

   A. <u>Claims of Unsecured Nonpriority Creditors Specially Classified.</u>
   *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   ☑ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*
   ☐ plan confirmation.
   ☐ entry of discharge.
   ☑ closing of case:

7. **DISCHARGE: (Check one)**

   ☑ The debtor will seek a discharge pursuant to § 1328(a).

   ☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **STUDENT LOANS.**

3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Case 5:17-bk-04919-RNO    Doc 28    Filed 02/02/18    Entered 02/02/18 15:06:33    Desc
                        Main Document    Page 3 of 4
Case 5:17-bk-04919-RNO    Doc 33    Filed 03/24/18    Entered 03/25/18 00:42:51    Desc
                Imaged Certificate of Notice    Page 4 of 5

    The Debtor does not seek to discharge any student loans, with the exception of the following: ____

**9. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.
Payments from the plan will be made by the Trustee in the following order:

Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

**10. NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated: January 15, 2018

/s/ Kim M. Diddio
Kim M. Diddio 86708
Attorney for Debtor

/s/ Kenneth M McGoy
Kenneth M McGoy
Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 10.