UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KENNETH M MCGOY | CASE NO: 5:17-BK-04919 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 7/30/2018, I did cause a copy of the following documents, described below,

Notice of Confirmation Hearing and Objection Date

First Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/30/2018

/s/ Kim M. Diddio, Esq.
Kim M. Diddio, Esq. 86708
Kim M. Diddio, Attorney at Law
17 North Sixth Street
Stroudsburg, PA 18360
570 801 1336

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KENNETH M MCGOY | CASE NO: 5:17-BK-04919 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 7/30/2018, a copy of the following documents, described below,

Notice of Confirmation Hearing and Objection Date

First Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/30/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kim M. Diddio, Esq.
Kim M. Diddio, Attorney at Law
17 North Sixth Street
Stroudsburg, PA  18360

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | CHARLES J DEHART III TRUSTEE | KIM M DIDDIO |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03145<br>CASE 5-17-BK-04919-RNO<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>WILKES-BARRE<br>MON JUL 30 12-25-44 EDT 2018 | 8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | 17 N 6TH STREET<br>STROUDSBURG PA 18360-2177 |
| EMERGENCY PHYSICIAN ASSOCIATES OF PA PC<br>PO BOX 1123<br>MINNEAPOLIS MN 55440-1123 | KML LAW GROUP PC<br>BNY INDEPENDENCE CENTER SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA PA 19106-1538 | MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| DEBTOR<br>KENNETH M MCGOY<br>PO BOX 592<br>MOUNT POCONO PA 18344-0592 | MONROE COUNTY COURTHOUSE<br>ATTN PROTHONOTARY<br>7TH MONROE STREETS<br>STROUDSBURG PA 18360 | MONROE COUNTY SHERIFFS OFFICE<br>7TH MONROE STREETS<br>STROUDSBURG PA 18360 |
| NATIONAL RECOVERY AGENCY<br>2491 PAXTON STREET<br>HARRISBURG PA 17111-1036 | POCONO FARMS EAST ASSOC<br>3170 HAMLET DRIVE<br>TOBYHANNA PA 18466-8234 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| TRANSWORLD SYSTEMS<br>PO BOX 15520<br>WILMINGTON DE 19850-5520 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 |